CHARLES A. KEENE, Respondent, *v.* NEWARK WATCH CASE
MATERIAL COMPANY, Appellant.

*Keene* v. *Newark Watch Case Material Co.*, 112 App. Div. 7, affirmed.
(Argued April 11, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
31, 1906, affirming a judgment in favor of plaintiff entered
upon a verdict directed by the court in an action to recover
upon a guaranty bond.

*Isaac L. Miller* and *Benjamin F. Edsall* for appellant.

*George C. Harrison* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT,
HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

EMILIE KOHM, as Administratrix of the Estate of ADOLPH
KOHM, Deceased, Appellant, *v.* INTERBOROUGH RAPID TRAN-
SIT COMPANY, Respondent.

*Kohm* v. *Interborough Rapid Transit Co.*, 111 App. Div. 925, affirmed.
(Argued April 11, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
7, 1906, affirming a judgment in favor of defendant entered
upon a dismissal of the complaint by the court at a Trial Term
in an action to recover for the death of plaintiff's intestate
alleged to have been caused by defendant's negligence.

*Charles Steckler* and *Levin L. Brown* for appellant.

*J. Osgood Nichols, Albert J. Kenyon* and *Charles A.
Gardiner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, HISCOOK
and CHASE, JJ. Dissenting: EDWARD T. BARTLETT, J.